## I.    JURISDICTION AND PARTIES

1.1    Plaintiff Kathie Fitzpatrick is the natural mother and personal representative of the Estate of decedent Karen L. Fitzpatrick.

1.2    Plaintiffs Rick Johnson is the natural father of decedent Jessica Johnson.

1.3    Plaintiff Jody Gray is the natural mother and personal representative of the Estate of decedent Jessica Johnson.

1.4    Plaintiffs John C. Doe 1-10 are other potential Plaintiffs injured by Defendants' negligence.

1.5    Defendant Anchor Industries Inc. is an Indiana business entity doing business in Yakima County, Washington, and believed to have improperly, negligently, dangerously and unreasonably developed, designed, constructed, and marketed the fire shelters referred to herein.

1.6    Defendants Weckworth Manufacturing, Inc., and Weckworth-Langdon are Kansas business entities doing business in Yakima County, Washington, and believed to have improperly, unreasonably , negligently and dangerously developed, designed, constructed, and marketed the fire shelters referred to herein.

1.7    Defendants International Cases and Manufacturing, and Silton Company, are California business entities doing business in Yakima County, Washington, and believed to have improperly, unreasonably, negligently and dangerously developed, designed, constructed, and marketed the fire shelters referred to herein.

COMPLAINT FOR DAMAGES - WRONGFUL DEATH - 2 of 6
0
[product complaint]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

1.8    Defendants John Doe 1-10 are individuals and entities doing business in Yakima County, Washington, and involved with the development, design, construction, and marketing of the fire shelters referred to herein.  Upon discovery produced by Defendants, Plaintiffs will identify the remaining defendants with particularity.

1.9    Defendant National Association of State Foresters, or a similarly named entity, is an association involved in preparing instructions which accompanied the fire shelters in question.  The instructions were inadequate, erroneous, unreasonable and dangerous.

1.10    Jurisdiction and venue is proper in this Court because the defendants were doing business in Yakima County, Washington.

## II.    BACKGROUND FACTS

2.1    On July 10, 2001, in what has become known as the "Thirty-mile Fire," USFS Firefighters Karen Fitzpatrick and Jessica Johnson were killed due to the wrongful actions and omissions on the part of Defendants.  Specifically, Karen and Jessica were entrapped along the Chewuch River with several other USFS officials in the midst of a fire.  At all times, Karen and Jessica were working valiantly in the face of impending danger in an attempt to prevent injury to unsuspecting persons and unprotected property.

2.2    When battling the fire, it became necessary for Karen and Jessica to deploy their fire shelters as protection from the fire that was overtaking their position.  Relying upon their fire shelters and the instructions given regarding fire shelter usage and deployment, Karen and Jessica deployed their fire shelters on a rock scree in a manner intended to preserve their lives and safety.  Just yards away, other USFS firefighters and civilians deployed their shelters on roadway path rather than the rock scree as did Karen and Jessica, and two others.

COMPLAINT FOR DAMAGES - WRONGFUL DEATH - 3 of 6
0
[product complaint]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

2.3    The fire shelters failed causing the deaths of Karen and Jessica. The fire shelters failed due to improper and insufficient design and improper instructions and warnings regarding their use. If either Karen or Jessica had received proper instructions as to fire shelter deployment and/or if the fire shelters were properly designed and/or constructed by Defendants, Karen and Jessica would have survived the Thirty-mile Fire, as did the firefighters who deployed on the roadway path.

### III.    CAUSES OF ACTION

3.1    **PRODUCTS LIABILITY:** Pursuant to RCW Chapter 7.72, Defendants are liable for Plaintiffs' injuries based upon the unreasonable, improper and substandard manufacture, production, making, construction, fabrication, design, formula, preparation, assembly, installation, testing, warnings, instructions, marketing, packaging, storage, and/or labeling of the fire shelters used by Karen and Jessica that caused their untimely deaths. Defendants are strictly liable for the improper design, design defects, and defective instructions and warnings under applicable law. Defendants' failures in this regard proximately caused the deaths and injuries described herein.

3.2    **NEGLIGENCE:** Defendants failed to use reasonable care thereby causing Plaintiffs' injuries through those negligent acts and omissions. Their failure to exercise reasonable care proximately caused the injuries described herein.

3.3    **WRONGFUL DEATH:** Plaintiffs assert each and every claim in this Complaint as is consistent with RCW Chapter 4.20 and other applicable laws regarding survival of actions.

COMPLAINT FOR DAMAGES - WRONGFUL DEATH - 4 of 6
0
[product complaint]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253)620-6500 • FACSIMILE (253) 620-6565

23

## IV.   DAMAGES

4.1    Plaintiffs suffered conscious pain, suffering and mental anguish, as well as physical disability, permanent injuries, and death, the extent of which for each named plaintiff will be proven at the time of trial.  Plaintiffs also claim damages for loss of enjoyment of life, emotional distress, anguish, mental and emotional shock, loss of relationship, consortium and other special and general damages which will be proved with specificity at the time of trial. These damages have continued to the present and will continue for an indefinite period of time into the future.

4.2    As a direct result of Defendants' actions, omissions and negligence, Plaintiffs have suffered pecuniary losses and other general and special damages that will be proven at the time of trial.

4.3    Plaintiffs have incurred additional general and special damages including out-of-pocket expenses and will continue to incur the same associated with their injuries and damages, the exact extent of which will be proven at the time of trial.

## V.    PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, as follows:

(1)    For such special damages as shall be established at time of trial herein;

(2)    For such general damages as shall be established at time of trial herein;

(3)    For such punitive damages as shall be established at the time of trail herein;

(4)    For such attorneys' fees, interest, costs, and such other and further relief as shall be allowed by law or deemed just and equitable.

COMPLAINT FOR DAMAGES - WRONGFUL DEATH - 5 of 6
0
[product complaint]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

24

Dated this 7 day of July, 2004.

GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP

By _____

John R. Connelly, Jr., WSBA No. 12183
Lincoln C. Beauregard WSBA No. 32878
Attorneys for Plaintiffs

LAW OFFICE OF MARIANO MORALES, JR.

By _____

Mariano Morales, Jr., WSBA No. 19213
Attorneys for Plaintiffs
3907 Summitview Ave., Ste. B
Yakima, WA 98902
509-972-0493

COMPLAINT FOR DAMAGES - WRONGFUL DEATH - 6 of 6
0
[product complaint]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

# IN AND FOR THE COUNTY OF YAKIMA

| | | |
|---|---|---|
| KATHIE FITZPATRICK, individually and as Personal representative of the Estate of Karen L. Fitzpatrick; Rick Johnson, individually, and JODY GRAY, individually and as personal Representative of the Estate of Jessica Johnson And, JOHN C. DOE 1-10, | ) ) ) ) ) ) | NO: |
| Plaintiffs, | ) ) | |
| v. | ) ) | DECLARATION OF FAX FILING |
| ANCHOR INDUSTRIES INC., an Indiana business Entity; WECKWORTH MANUFACTURING, INC. A Kansas business entity; WECKWORTH – LANG-) DON, Kansas business entity; INTERNATIONAL CASES AND MFG., a California business entity; SILTON COMPANY, a California business entity; NATIONAL ASSOCIATION OF STATE FORRESTERS, a national association; and JOHN DOES 1-10, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

UNDER PENALTY of perjury under the laws of the state of Washington, I, SUE

RADKE, do hereby declare that the following is true and correct:

FITZPATRICK, JOHNSON VS.
ANCHOR INDUSTRIES, ET AL

**LAW OFFICES OF MARIANO MORALES JR., P.S.**
*Mariano Morales Jr., Attorney*
**3907 Summitview Ave., Suite**
**Yakima, WA 98902**
**Telephone (509) 972-0493**
**Facsimile (509) 972-0499**

Page 1

1
2       Dated this 9 day of July, 2004.
3
                           GORDON, THOMAS, HONEYWELL, MALANCA,
4                          PETERSON & DAHEIM LLP
5
        By _____
6                          John R. Connelly, Jr., WSBA No. 12183
7                          Lincoln C. Beauregard WSBA No. 32878
                           Attorneys for Plaintiffs
8
                           LAW OFFICE OF MARIANO MORALES, JR.
9
10      By _____
                           Mariano Morales, Jr., WSBA No. 19213
11                         Attorneys for Plaintiffs
12                         3907 Summitview Ave., Ste. B
                           Yakima, WA 98902
13                         509-972-0493
14
15
16
17
18
19
20
21
22
23
24
25
26

COMPLAINT FOR DAMAGES - WRONGFUL DEATH - 6 of 6
0
[1275410 v4.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP

Pursuant to GR 17, I have examined the THE SIGNATURE PAGE OF THE COMPLAINT FOR DAMAGES – WRONGFUL DEATH in the above matter. It consists of three (3) pages including this declaration and it is complete and legible.

DATED this 9th day of July, 2004

SUE RADKE
Law Office of Mariano Morales, Jr.
3709 Summitview Ave., Suite B
Yakima, WA 98902
Phone 509-972-0493

FITZPATRICK, JOHNSON VS.
ANCHOR INDUSTRIES, ET AL

Page 2

LAW OFFICES OF MARIANO MORALES, JR., P.S.
Mariano Morales Jr., Attorney
3907 Summitview Ave., Suite
Yakima, WA 98902
Telephone (509) 972-0493
Facsimile (509) 972-0489



RECEIVED
2003 OCT 14 PM 1 38
KIM M. EATON
EX... IO CLERK OF
... IOR COURT
Y... WASHINGTON

F I L E D
OCT 1 4 2004
KIM M. EATON
YAKIMA COUNTY CLERK

IN THE
SUPERIOR COURT, IN AND FOR THE COUNTY OF YAKIMA, STATE OF WASHINGTON

KATHIE FITZPATRICK, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF KAREN L. FITZPATRICK; ET AL.

                      Plaintiff/Petitioner

vs.

ANCHOR INDUSTRIES, INC., AN INDIANA
BUSINESS ENTITY; ET AL.

                  Defendant/Respondent

Hearing Date:

CAUSE NO. 94 2 02316 4

DECLARATION OF SERVICE OF:
SUMMONS AND COMPLAINT FOR DAMAGES-
WRONGFUL DEATH

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the 8th day of October, 2004, at 2:55 PM, at the address of 2959 N ROCK Road , Wichita, Sedgwick County, KS ; this declarant served the above described documents upon WECKWORTH-LANGDON, A KANSAS BUSINESS ENTITY, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with Terri Thornton, Legal assistant to, Registered Agent, Thomas C. Triplett.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of Washington that statement above is true and correct.

DATED this 8th day of October, 2004

_____
Dan Boyd, Sedgwick, Kansas

Service Fees Total _____
Agent/Server Do NOT Price

ABC's Client Name
Gordon, Thomas (Tacoma)
26328.00001

ORIGINAL PROOF OF
SERVICE

DAWN M. THURMAN
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 3-17-06

_Dawn M Thurman_

ABC Tracking #: 3569868

2



F I L E D

JUL 0 9 2004

KIM M. EATON, YAKIMA COUNTY CLERK

## SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR YAKIMA COUNTY

KATHIE FITZPATRICK, individually and as
personal representative of the Estate of Karen L.
Fitzpatrick; RICK JOHNSON, individually, and
JODY GRAY, individually and as personal
representative of the Estate of Jessica Johnson;
and, JOHN C. DOE 1-10,

     Plaintiffs,

  v.

ANCHOR INDUSTRIES INC., an Indiana
business entity; WECKWORTH
MANUFACTURING, INC., a Kansas business
entity; WECKWORTH-LANGDON, a Kansas
business entity; INTERNATIONAL CASES
AND MFG., a California business entity;
SILTON COMPANY, a California business
entity; NATIONAL ASSOCIATION OF
STATE FORRESTERS, a national association;
and JOHN DOES 1-10,

     Defendants.

NO. 04 2 02316 4

SUMMONS

  TO THE DEFENDANTS: A lawsuit has been started against you in the
above-entitled court by the above named Plaintiffs. Plaintiffs claim is stated in the written
Complaint, a copy of which is served upon you with this Summons.

SUMMONS - 1 of 3
0
[Acronym]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP

30

FROM :ROYCE ENTERPRISES          FAX NO. :15094524987          Nov. 03 2004 10:21AM P12



RECEIVED
2004 OCT 14 PM 1 38
KIM M. EATON
EX-OFFICIO CLERK OF
SUPERIOR COURT
YAKIMA WASHINGTON

F I L E D
OCT 1 4 2004
KIM M. EATON
YAKIMA COUNTY CLERK

IN THE
SUPERIOR COURT, IN AND FOR THE COUNTY OF YAKIMA, STATE OF WASHINGTON

| | |
|---|---|
| KATHS FITZPATRICK, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KAREN L. FITZPATRICK; ET AL. | Hearing Date: |
| | CAUSE NO. 04 2 02316 4 |
| Plaintiff/Petitioner | DECLARATION OF SERVICE OF: SUMMONS AND COMPLAINT FOR DAMAGES- WRONGFUL DEATH |
| vs. | |
| ANCHOR INDUSTRIES, INC., AN INDIANA BUSINESS ENTITY; ET AL. | |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the 8th day of October, 2004, at 2:55 PM, at the address of 2959 N ROCK Road , Wichita, Sedgwick County, KS ; this declarant served the above described documents upon WECKWORTH MANUFACTURING, INC., A KANSAS BUSINESS ENTITY, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with Terri Thornton, Legal assistant to, Registered Agent, Thomas C. Triplett.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of Washington that statement above is true and correct.

DATED this 8th day of October, 2004.

_____
Dan Boyd, Sedgwick, Kansas

Service Fees Total _____
    Agent/Server Do NOT Price

ABC's Client Name
Gordon, Thomas (Tacoma)
28328.00001

ORIGINAL PROOF OF
SERVICE

DAWN M. THURMAN
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. _____

ABC Tracking #: 3415374

3



FILED

JUL 0 9 2004

KIM B. EATON, YAKIMA COUNTY CLERK

1
2
3
4
5
6
7
8

## SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR YAKIMA COUNTY

10
11  KATHIE FITZPATRICK, individually and as
    personal representative of the Estate of Karen L.       NO.  04 2 02316 4
12  Fitzpatrick; RICK JOHNSON, individually, and
    JODY GRAY, individually and as personal              SUMMONS
13  representative of the Estate of Jessica Johnson;
    and, JOHN C. DOE 1-10,
14
15                Plaintiffs,
16
       v.
17
    ANCHOR INDUSTRIES INC., an Indiana
18  business entity; WECKWORTH
    MANUFACTURING, INC., a Kansas business
19  entity; WECKWORTH-LANGDON, a Kansas
    business entity; INTERNATIONAL CASES
20  AND MFG., a California business entity;
    SILTON COMPANY, a California business
21  entity; NATIONAL ASSOCIATION OF
    STATE FORRESTERS, a national association;
22  and JOHN DOES 1-10,
23                Defendants.
24        TO THE DEFENDANTS: A lawsuit has been started against you in the
25  above-entitled court by the above named Plaintiffs. Plaintiffs claim is stated in the written
26  Complaint, a copy of which is served upon you with this Summons.
    SUMMONS - 1 of 3
    0
    [summons]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 · FACSIMILE (253) 620-6565

32

1  In order to defend against this lawsuit, you must respond to the Complaint by stating

2  your defense in writing, and by serving a copy upon the person signing this Summons within

3  20 days after the service of this Summons within the State of Washington or 60 days if served

4  outside of the State of Washington, excluding the day of service, or a default judgment may

5  be entered against you without notice. A default judgment is one where Plaintiff is entitled to

6  what they ask for because you have not responded. If you serve a notice of appearance on the

7  undersigned attorney, you are entitled to notice before a default judgment may be entered.

8

9  You may demand that Plaintiffs file this lawsuit with the court. If you do so, the

10  demand must be in writing and must be served upon the person signing this Summons.

11  Within 14 days after you serve the demand, the Plaintiffs must file this lawsuit with the court,

12  or the service on you of this Summons and Complaint will be void.

13

14  If you wish to seek the advice of an attorney in this matter, you should do so promptly

15  so that your written response, if any, may be served on time.

16  This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

17  State of Washington.

18  Dated this _____ day of July, 2004.

19

20                 GORDON, THOMAS, HONEYWELL, MALANCA,
                   PETERSON & DAHEIM LLP

21

22                 By _____

23                    John R. Connelly, Jr., WSBA No. 12183
                      Lincoln C. Beauregard WSBA No. 32878
24                    Attorneys for Plaintiffs

25

26

SUMMONS - 2 of 3
0
[13768512 v1.doc]

LAW OFFICE OF MARIANO MORALES, JR.

By

Mariano Morales, Jr., WSBA No. 19213
Attorneys for Plaintiffs
3907 Summitview Ave., Ste. B
Yakima, WA 98902
509-972-0493

SUMMONS - 3 of 3
0
[Summons]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 • FACSIMILE (253) 620-6565

FROM :ROYCE ENTERPRISES          FAX NO. :15094524987          Nov. 03 2004 10:23AM P1



FILED

JUL 0 9 2004

KIM M. EATON, YAKIMA COUNTY CLERK

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR YAKIMA COUNTY

KATHIE FITZPATRICK, individually and as
personal representative of the Estate of Karen L.
Fitzpatrick; RICK JOHNSON, individually, and
JODY GRAY, individually and as personal
representative of the Estate of Jessica Johnson;
and, JOHN C. DOE 1-10,

          Plaintiffs,

v.

ANCHOR INDUSTRIES INC., an Indiana
business entity; WECKWORTH
MANUFACTURING, INC., a Kansas business
entity; WECKWORTH-LANGDON, a Kansas
business entity; INTERNATIONAL CASES
AND MFG., a California business entity;
SILTON COMPANY, a California business
entity; NATIONAL ASSOCIATION OF
STATE FORRESTERS, a national association;
and JOHN DOES 1-10,

          Defendants.

NO.  04 2 02316 4

SUMMONS

    TO THE DEFENDANTS: A lawsuit has been started against you in the
above-entitled court by the above named Plaintiffs. Plaintiffs claim is stated in the written
Complaint, a copy of which is served upon you with this Summons.

SUMMONS - 1 of 3
O
[summons]

GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP

RECEIVED

2004 OCT 19  PM 12 31

KIM M. EATON
EX OFFICIO CLERK OF
SUPERIOR COURT
YAKIMA, WASHINGTON

FILED

OCT 1 9 2004

KIM M. EATON
YAKIMA COUNTY CLERK

IN THE
SUPERIOR COURT, IN AND FOR THE COUNTY OF YAKIMA, STATE OF WASHINGTON

| KATHIE FITZPATRICK, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KAREN L. FITZPATRICK; ET AL. | Hearing Date: |
|---|---|
| | CAUSE NO. 04 2 02316 4 |
| Plaintiff/Petitioner | DECLARATION OF SERVICE OF: SUMMONS AND COMPLAINT FOR DAMAGES-WRONGFUL DEATH |
| vs. | |
| ANCHOR INDUSTRIES, INC., AN INDIANA BUSINESS ENTITY; ET AL. | |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the 8th day of October, 2004, at 11:50 AM, at the address of 1100 BURCH Drive , EVANSVILLE, Vanderburgh County, IN ; this declarant served the above described documents upon  ANCHOR INDUSTRIES INC., AN INDIANA BUSINESS ENTITY, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with Peter Magavero, .

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED this 8th day of October, 2004.

LEON HORTON

Service Fees Total _____
     Agent/Server Do NOT Price

ABC's Client Name
Gordon, Thomas (Tacoma)
28326.00001

ORIGINAL PROOF OF
SERVICE

ABC Tracking #: 3415376



FILED
JUL 0 9 2004
KIM M. EATON, YAKIMA COUNTY CLERK

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR YAKIMA COUNTY

KATHIE FITZPATRICK, individually and as
personal representative of the Estate of Karen L.
Fitzpatrick; RICK JOHNSON, individually, and
JODY GRAY, individually and as personal
representative of the Estate of Jessica Johnson;
and, JOHN C. DOE 1-10,

        Plaintiffs,

    v.

ANCHOR INDUSTRIES INC., an Indiana
business entity; WECKWORTH
MANUFACTURING, INC., a Kansas business
entity; WECKWORTH-LANGDON, a Kansas
business entity; INTERNATIONAL CASES
AND MFG., a California business entity;
BILTON COMPANY, a California business
entity; NATIONAL ASSOCIATION OF
STATE FORRESTERS, a national association;
and JOHN DOES 1-10,

        Defendants.

NO. 04 2 02316 4

SUMMONS

TO THE DEFENDANTS: A lawsuit has been started against you in the
above-entitled court by the above named Plaintiffs. Plaintiffs claim is stated in the written
Complaint, a copy of which is served upon you with this Summons.

SUMMONS - 1 of 3



RECEIVED
OCT 20 PM 12 57

F I L E D
OCT 2 0 2004
KIM M. EATON, YAKIMA COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR YAKIMA COUNTY

KATHIE FITZPATRICK, individually and as personal representative of the Estate of Karen L. Fitzpatrick; RICK JOHNSON, individually, and JODY GRAY, individually and as personal representative of the Estate of Jessica Johnso and, JOHN C. DOE 1-10;

Plaintiffs,

v.

ANCHOR INDUSTRIES, INC., an Indiana business entity; WECKWORTH MANUFACTURING, INC., a Kansas business entity; WECKWORTH-LANGDON, a Kansas business entity; INTERNATIONAL CASES AND MFG., a California business entity; NATIONAL ASSOCIATION OF STATE FORESTERS, a national association; and JOHN DOES 1-10,

Defendants.

NO. 04-2-02316-4

NOTICE OF APPEARANCE

TO: KATHIE FITZPATRICK, individually and as personal representative of the Estate of Karen L. Fitzpatrick; RICK JOHNSON, individually, and as personal representative of the Estate of Jessica Johnson and JOHN C. DOE 1-10

AND TO: JOHN R. CONNELLY, JR., and LINCOLN C. BEAUREGARD of GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM, LLP and MARIANO MORALES, JR. and the LAW OFFICE OF MARIANO MORALES, JR., their attorneys

NOTICE OF APPEARANCE - 1

ORIGINAL

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206-447-7000/Fax: 206-447-0215

1   YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that the Defendants

2   Weckworth Manufacturing, Inc. and Weckworth-Langdon, without waiving objections as to

3   improper service or jurisdiction, hereby enter their appearance through the undersigned attorneys,

4   and you are notified that service of all further pleadings, notices, documents or other papers,

5   exclusive of process, may be had upon it by serving the undersigned attorneys of record at the

6   address below stated. Transmission by facsimile does not constitute service unless prior agreement

7   is made.

8       DATED this __/___ day of October 18, 2004.

9                                   OGDEN MURPHY WALLACE, P.L.L.C.

10

11          By: _____

12                  Phillip C. Raymond, WSBA #12998
                    Attorney for Defendants Weckworth
13                  Manufacturing, Inc. and Weckworth-Langdon

14

15

16

17                      DECLARATION OF SERVICE
                I hereby declare that I sent a copy of the document on
18              which this declaration appears via US mail/messenger
                service to Connelly Beaurgard + Mahlee
19              I declare under penalty of perjury of the laws of the
                State of Washington that the foregoing is true and correct.
20              Executed at Seattle, WA on  11/1/04
                Signed by: _____

21

22

23

24

25

26

27

28

[BMMS#3214.DOC:1/9992L/00333/I]
NOTICE OF APPEARANCE ~ 2

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206-447-7000/Fax: 206-447-0215

39

RECEIVED

OCT 25 AM 11 00

M. EATON
EX O CLERK OF
COURT
YA , WASHINGTON



FILED

OCT 2 5 2004

KIM M. EATON, YAKIMA COUNTY CLERK

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
```

## SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF YAKIMA

KATHIE FITZPATRICK, individually and as personal representative of the Estate of Karen L. Fitzpatrick; RICK JOHNSON, individually, and JODY GRAY, individually and as personal representative of the Estate of Jessica Johnson; and, JOHN C. DOE 1-10,

          Plaintiffs,

    vs.

ANCHOR INDUSTRIES INC., an Indiana business entity; WECKWORTH MANUFACTURING, INC., a Kansas business entity; WECKWORTH-LANGDON, a Kansas business entity; INTERNATIONAL CASES AND MFG., a California business entity; SILTON COMPANY, a California business entity; NATIONAL ASSOCIATION OF STATE FORRESTERS, a national association; and JOHN DOES 1-10,

          Defendants.

NO. 04-2-02316 4

NOTICE OF APPEARANCE

NOTICE OF APPEARANCE - 1
[09901-0001/BL042040.307]

7

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

TO:   All Parties and Their Counsel of Record

PLEASE TAKE NOTICE that defendant National Association of State Foresters

hereby appears by and through the undersigned counsel and requests that copies of all

documents and pleadings, with the exception of original process, be served on the

undersigned counsel.

DATED:  October 22, 2004.

PERKINS COIE LLP

By _____
    Christian Moller, WSBA #13597
    Heather L. Burgess, WSBA #28477
    James R. Johnston, WSBA #8744
Attorneys for National Association of State
Foresters

**NOTICE OF APPEARANCE - 2**
[99901-0001/SL042960.307]