## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the NOTICE OF APPEARANCE was served upon the below-listed counsel of record by U.S. Mail, First Class, Postage Prepaid:

Mr. John R. Connelly, Jr.
Lincoln C. Beauregard
Gordon, Thomas, Honeywell, Malanca,
 Peterson & Dahbim LLP
1201 Pacific Avenue, Suite 2100
P.O. Box 1157
Tacoma, WA 98402

Mr. Mariano Morales, Jr.
Law Offices of Mariano Morales, Jr.
3907 Summitview Avenue, Suite B
Yakima, WA 98902

Mr. Phillip C. Raymond
Ogden Murphy Wallace
1601 Fifth Avenue, Suite 2100
Seattle, WA 98101

Ms. Ann McCormick
O'Brien Hutson & Boe
999 Third Avenue, Suite 3300
Seattle, WA 98104

DATED at Seattle, Washington this 22nd day of October, 2004.

_____
Christian Moller

NOTICE OF APPEARANCE - 1
[09901-0001/SL0419600.287]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 583-8888
Fax: (206) 583-8500




RECEIVED

'04 OCT 25 PM 12 09



ORIGINAL

FILED
OCT 25 2004

KIM M. EATON, YAKIMA COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF YAKIMA

KATHIE FITZPATRICK, individually and as personal representative of the Estate of Karen L. Fitzpatrick, RICK JOHNSON, individually, and JODY GRAY, individually and as personal representative of the Estate of Jessica Johnson, and JOHN C. DOE 1-10,

Plaintiffs,

v.

ANCHOR INDUSTRIES, INC., an Indiana business entity; WECKWORTH MANUFACTURING, INC., a Kansas business entity; WECKWORTH-LANDON, a Kansas business entity; INTERNATIONAL CASES AND MFG., a California business entity; SILTON COMPANY, a California business entity; NATIONAL ASSOCIATION OF STATE FORRESTERS, a national association; and JOHN DOES 1-10,

Defendants.

NO. 04-2-02316-4

NOTICE OF APPEARANCE ON BEAHALF OF DEFENDANT ANCHOR INDUSTRIES, INC.

**Clerk's Action Required**

TO:   THE CLERK OF THE COURT; and

TO:   MARIANO MORALES, JR., Attorney for Plaintiffs; and

NOTICE OF APPEARANCE FOR DEFENDANT
ANCHOR INDUSTRIES, INC. - 1

O'BRIEN HUTSON & BOE
999 Third Avenue, Suite 2300
Seattle, WA 98104
Telephone (206) 515-4800/Fax (206) 515-4848



1 TO: JOHN CONNELLY and LINCOLN BEAUREGARD, Attorneys for Plaintiffs; and
2 TO: PHILLIP C. RAYMOND, Attorney for Defendants Weckworth; and
3 TO: J. CHRISTIAN MOLLER, Attorney for National Assoc. of State Foresters:
4     PLEASE TAKE NOTICE that the appearance of defendant Anchor Industries,
5 Inc., reserving all defenses, including but not limited to defects in jurisdiction and/or
6 service, is hereby entered in the above-captioned action through the undersigned
7 attorneys, and that all future pleadings and papers, exclusive of original process, are to be
8 served upon said attorneys at the address below stated:

    Ann C. McCormick
    O'Brien Hutson & Boe
    999 Third Avenue, Suite 3300
    Seattle, WA 98104
    Telephone: (206) 515-4800
    Facsimile: (206) 515-4848

DATED this 22nd day of _October_, 2004.

    O'BRIEN HUTSON & BOE

    By: _____
    Ann McCormick, WSBA No. 15832
    Attorneys for Def. Anchor Industries, Inc.

NOTICE OF APPEARANCE FOR DEFENDANT
ANCHOR INDUSTRIES, INC. - 2

O'BRIEN HUTSON & BOE
999 Third Avenue, Suite 3300
Seattle, WA 98104
Telephone (206) 515-4800/Fax (206) 515-4848

**DECLARATION OF SERVICE**

I declare under penalty of perjury of the laws of the state of Washington that on October 22, 2004, I caused to be served in the manner indicated a true and accurate copy of the foregoing Notice of Appearance on Behalf of Defendant Anchor Industries, Inc, upon the following:

| | | |
|---|---|---|
| *Attorney for Plaintiffs:*<br>Maximo Morales, Jr.<br>Morales Law Office<br>3907 Summitview Ave., Suite B<br>Yakima, WA 98902-2716 | ☐<br>☒<br>☒ | By Legal Messenger<br>By Mail<br>By Facsimile (509) 972-0489 |
| *Attorneys for Plaintiffs:*<br>John R. Connelly, Jr.<br>Lincoln C. Beauregard<br>1201 Pacific Ave., Suite 2200<br>P.O. Box 1157<br>Tacoma, WA 98401 | ☒<br>☐<br>☒ | By Legal Messenger<br>By Mail<br>By Facsimile (253) 620-6565 |
| *Attorney for Def. Wackworth:*<br>Phillip C. Raymond<br>Ogden Murphy Wallace<br>1601 Fifth Ave., Suite 2100<br>Seattle, WA 98101-3656 | ☒<br>☐<br>☒ | By Legal Messenger<br>By Mail<br>By Facsimile (206) 447-0215 |
| *Attorney for NASP:*<br>J. Christian Moller<br>Perkins Coie, LLP<br>1201 Third Ave., Suite 4000<br>Seattle, WA 98101-3029 | ☒<br>☐<br>☒ | By Legal Messenger<br>By Mail<br>By Facsimile (206) 359-9634 |
| <u>ORIGINAL TO:</u><br>Clerk<br>Yakima County Superior Court<br>128 North 2nd St., Room 323<br>Yakima, WA 98901-2639 | ☐<br>☒<br>☐ | By Legal Messenger<br>By Mail<br>By Facsimile |

O'BRIEN HUTSON & BOE

*/s/ Karen Langridge*

Karen Langridge

NOTICE OF APPEARANCE FOR DEFENDANT
ANCHOR INDUSTRIES, INC. - 3

O'BRIEN HUTSON & BOE
999 Third Avenue, Suite 3300
Seattle, WA 98104
Telephone (206) 515-4800/Fax (206) 515-4848

45

RECEIVED

2004 OCT 29 PM 12 56

KIM M. EATON
EX OFFICIO CLERK OF
SUPERIOR COURT
YAKIMA, WASHINGTON

FILED
OCT 29 2004
KIM M. EATON, YAKIMA COUNTY CLERK

## IN THE
## SUPERIOR COURT, IN AND FOR THE COUNTY OF YAKIMA, STATE OF WASHINGTON

| | |
|---|---|
| KATHER FITZPATRIC, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KAREN L. FITZPATRICK, ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br><br> ANCHOR INDUSTRIES, INC., AN INDIANA BUSINESS ENTITY; ET AL., <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO. 04-2-02316-4 <br><br> DECLARATION OF SERVICE OF: SUMMONS & COMPLAINT FOR DAMAGES- WRONGFUL DEATH; DECLARATION OF FAX FILING RE: SUMMONS; DECLARATION OF FAX FILING RE: COMPLAINT |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the 8th day of October, 2004, at 3:55 PM, at the address of 2959 N ROCK Road SUITE 300, WICHITA, Sedgwick County, KS ; this declarant served the above described documents upon WECKWORTH-LANGDON, A KANSAS BUSINESS ENTITY, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with Terri Thornton, Legal assistant to, Registered Agent, Thomas C. Triplett.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of Washington that statement above is true and correct.

DATED this 8th day of October, 2004.

_____
Dan Boyd, Sedgwick, Kansas

Service Fees Total _____
  Agent/Server Do NOT Price

ABC's Client Name
M-miscellaneous

ORIGINAL PROOF OF
SERVICE

DAWN M. THURMAN
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp.: _____

ABC Tracking #: 3820054

9



FILED
JUL 0 5 2004
KIM M. EATON, YAKIMA COUNTY CLERK

## SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR YAKIMA COUNTY

KATHIE FITZPATRICK, individually and as personal representative of the Estate of Karen L. Fitzpatrick; RICK JOHNSON, individually, and JODY GRAY, individually and as personal representative of the Estate of Jessica Johnson; and, JOHN C. DOE 1-10,

    Plaintiffs,

v.

ANCHOR INDUSTRIES INC., an Indiana business entity; WECKWORTH MANUFACTURING, INC., a Kansas business entity; WECKWORTH-LANGDON, a Kansas business entity; INTERNATIONAL CASES AND MFG., a California business entity; SILTON COMPANY, a California business entity; NATIONAL ASSOCIATION OF STATE FORRESTERS, a national association; and JOHN DOES 1-10,

    Defendants.

NO. 04 2 02316 4

SUMMONS

TO THE DEFENDANTS: A lawsuit has been started against you in the above-entitled court by the above named Plaintiffs. Plaintiffs claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

SUMMONS - 1 of 3

FROM : ROYCE ENTERPRISES   FAX NO. :15094524987   Nov. 03 2004 10:26AM P15

RECEIVED
'04 OCT 29 PM 3 43
KIM M. EATON
EX OFFICIO CLERK OF
SUPERIOR COURT
YAKIMA, WASHINGTON



FILED
OCT 2 9 2004
KIM M. EATON, YAKIMA COUNTY CLERK

IN THE
SUPERIOR COURT, IN AND FOR THE COUNTY OF YAKIMA, STATE OF WASHINGTON

ORIGINAL SEN
OCT 2 6 2004
FOR FILING

KATHIE FITZPATRICK, INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF THE ESTATE OF
KAREN L. FITZPATRICK ET AL.,

Plaintiff/Petitioner

Hearing Date:

CAUSE NO. 04-2-02318-4

DECLARATION OF SERVICE OF:
SUMMONS & COMPLAINT FOR DAMAGES - WRONGFUL
DEATH; DECLARATION OF FAX FILING RE: SUMMONS;
DECLARATION OF FAX FILING RE: COMPLAINT

vs.

ANCHOR INDUSTRIES, INC., AN INDIANA
BUSINESS ENTITY; ET AL.,

Defendant/Respondent

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the 8th day of October, 2004, at 2:55 PM, at the address of 2959 N ROCK Road SUITE 300, WICHITA, Sedgwick County, KS ; this declarant served the above described documents upon WECKWORTH-LANGDON, A KANSAS BUSINESS ENTITY, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with Terri Thornton, Legal assistant to, Registered Agent, Thomas C. Triplett.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of Washington that statement above is true and correct.

DATED this 8th day of October, 2004.

Dan Boyd, Sedgwick, Kansas

Service Fees Total _____
Agent/Server Do NOT Price

ABC's Client Name
M-miscellaneous

ORIGINAL PROOF OF SERVICE

DAWN M. THURMAN
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. _____

ABC Tracking #: 3529884

RECEIVED

2007 OCT 14 PM 1 38

KIM M. EATON
CLERK OF
SUPERIOR COURT
YAKIMA, WASHINGTON

F I L E D
OCT 1 4 2004

KIM M. EATON
YAKIMA COUNTY CLERK

IN THE
SUPERIOR COURT, IN AND FOR THE COUNTY OF YAKIMA, STATE OF WASHINGTON

KATHIE FITZPATRICK, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF KAREN L. FITZPATRICK; ET AL.

Plaintiff/Petitioner

vs.
ANCHOR INDUSTRIES, INC., AN INDIANA
BUSINESS ENTITY; ET AL.

Defendant/Respondent

Hearing Date:

CAUSE NO. 04 2 02315 4

DECLARATION OF SERVICE OF:
SUMMONS AND COMPLAINT FOR DAMAGES-
WRONGFUL DEATH

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the 5th day of October, 2004, at 1:00 PM, at the address of 444 N CAPITOL Street NW Suite 540, WASHINGTON, Dist of Columbia County, DC ; this declarant served the above described documents upon NATIONAL ASSOCIATION OF STATE FORRESTERS, A NATIONAL ASSOCIATION, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with Anne E. Heissenbuttel, Executive Director, W/F, 40's, brown hair, glasses, 5'8", 140 lbs.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED this 6th day of October, 2004.

Eddie W. Null, Sr.

Service Fees Total _____
  Agent/Server Do NOT Price

ABC's Client Name          ORIGINAL PROOF OF          ABC Tracking #: 3415378
Gordon, Thomas (Tacoma)         SERVICE
26326.80001

4