JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. [SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.]

## I. (a) PLAINTIFFS

KATHIE FITZPATRICK, individually and as personal representative of the Estate of Karen L. Fitzpatrick; RICK JOHNSON, individually, and JODY GRAY, individually and as personal representative of the Estate of Jessica Johnson; and JOHN C. DOE 1-10

**(b)** County of Residence of First Listed Plaintiff Yakima County
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorneys (Firm Name, Address, and Telephone Number)

John R. Connelly, Jr.
Lincoln C. Beauregard
Gordon Thomas Honeywell Malanca Peterson & Daheim LLP
1201 Pacific Avenue, Suite 2100
Tacoma, Washington 98401
(253) 620-6500

Mariano Morales, Jr.
Law Office of Mariano Morales, Jr.
3907 Summitview Ave., Suite B
Yakima, WA 98902
(509) 972-0493

### DEFENDANTS

ANCHOR INDUSTRIES INC., an Indiana business entity; WECKWORTH MANUFACTURING, INC., a Kansas business entity; WECKWORTH-LANGDON, a Kansas business entity; INTERNATIONAL CASES AND MFG., a California business entity; SILTON COMPANY, a California business entity; NATIONAL ASSOCIATION OF STATE FORESTERS, a national association; and JOHN DOES 1-10

County of Residence of First Listed Defendant Vanderburgh County, VA
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE LOCATION OF LAND INVOLVED

Attorneys (If Known)

James R. Johnston
Perkins Coie LLP
1201 Third Ave., Suite 4800
Seattle, WA 98101
(206) 359-8000

Ann C. McCormick
O'Brien Hutson & Boe
999 Third Ave., Suite 3300
Seattle, WA 98104
(206) 515-4800

Phillip C. Raymond
Ogden Murphy Wallace, PLLC
1601 Fifth Avenue, Suite 2100
Seattle, WA 98101
(206) 447-7000

## II. BASIS OF JURISDICTION
(Place an "X" in One Box Only)

☐ 1 U.S Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 U.S.C. § 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 U.S.C. § 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property, 21 U.S.C. 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 U.S.C. § 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Info. Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS** | ☐ 790 Other Labor Litigation | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 U.S.C. § 7609 | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

RECEIVED
NOV -3 2004
CLERK, U.S. DISTRICT COURT
YAKIMA, WA
[56808-000173L5030.147]

ORIGINAL

11/2/04

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 USC § 1332

| VII. | REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ Unknown | Check "YES" only if demanded in complaint: JURY DEMAND: ☐ YES  ☒ NO |
|------|-------------------------|-----------------------------------------------------|------------------|---------------------------------------------------------------------|

| VIII. | RELATED CASE(S) (See Instructions) | | |
|-------|------------------------------------|--|--|
| | IF ANY: | Weaver, et al. v. National Assoc. of State Foresters   JUDGE: Alan M. McDonald   DOCKET NO.: CV-04-3075-AAM |
| | | Craven, et al. v. National Assoc. of State Foresters, et al.   JUDGE: Justin L. Quackenbush   DOCKET NO.: CV-04-243-JLQ |

DATE 11/2/04

SIGNATURE OF ATTORNEY OF RECORD   WSBA # 34476

FOR OFFICE USE ONLY

RECEIPT #_____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____